United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE MANUEL QUINTANILLA<br>Plaintiff, | §<br>§<br>§ |
| VS. | § CIVIL ACTION 7:23-cv-00087<br>§ |
| HOME DEPOT USA, INC. and<br>THE HOME DEPOT, INC.<br>Defendant. | §<br>§<br>§ JURY TRIAL REQUESTED |

## JOINT ORDER ON STIPULATION OF DISMISSAL

Plaintiff, Jose Manuel Quintanilla and Defendants, Defendants, Home Depot USA, Inc. and The Home Depot, Inc, by and through their attorneys of record, have informed the Court that this matter has been resolved. Defendants and Plaintiff have prayed that all causes of actions as to these Defendants be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED** and **DECREED** that all of Plaintiff's claims and causes of action be dismissed as to Defendants, Defendants, Home Depot USA, Inc. and The Home Depot, Inc, with prejudice, against all parties to file any same or similar action, and with all court costs to be taxed against the party that incurred such cost.

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby **DENIED**.

Signed this 3rd day of July, 2024 at McAllen, Texas.

_Ricardo H. Hinojosa_
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**